■ JOHN LaFEMINA, Respondent, v MARIA LaFEMINA, Appellant. [868 NYS2d 920]

The defendant offered no basis upon which to set aside the court's determination that, pursuant to the prenuptial agreement, the marital residence was the plaintiff's separate property.

The defendant's remaining contentions were improperly raised for the first time in her reply brief (*see Gorman v Town of Huntington*, 47 AD3d 30, 39 [2007]). Skelos, J.P., Lifson, Santucci and Balkin, JJ., concur.